# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH BEHANNA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-784 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| HEATHER TESLA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 13, 2021, the Magistrate Judge issued a Report (Doc. 6) recommending that this case be dismissed pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). Service of the Report and Recommendation ("R&R") was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's R&R (Doc. 6) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


August 11, 2021                             s\Cathy Bissoon
                                            Cathy Bissoon
                                            United States District Judge

cc (via First-Class U.S. Mail):

Deborah Behanna
282 Shannon Road
Monongahela, PA  15063